IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOHN DOE<br><br>Plaintiff<br><br>v.<br><br>EJERCITO DE LIBERACIÓN NACIONAL, a/k/a ELN, a/k/a National Liberation Army, and FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, a/k/a FARC, a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA,<br><br>Defendants. | CASE NO. 13-00258 (GAG-SCC)<br><br>(Case No. 10-21517) |

## MOTION FOR EXECUTION OF JUDGMENT

**TO THE HONORABLE COURT:**

    **COMES NOW**, Plaintiff through the undersigned counsel, who very respectfully States and Pray:

    1. On January 5, 2013, the Honorable United States Court for the Southern District of Florida entered Final Judgment by Default in the Civil Case No. 10-21517 against Defendants awarding Plaintiff the payment of $36,800,000.00 plus costs. *See* **Docket No. 1-2.**

    2. In order to satisfy the above referenced Judgment, the same was registered before this Honorable Court accordingly on June 21, 2013 and entered onto the CM/ECF on June 24, 2013. *See* **Docket No. 1.**

    3. Said Judgment is final and firm.

    4. Defendants have failed to satisfy the Judgment entered.

5. Plaintiff herein respectfully requests this Honorable Court to enter a writ of execution in order to enforce the Judgment obtained, pursuant to Rules 69 and 70 of the Federal Rules of Civil Procedure.

6. To this effect, Plaintiff includes a proposed writ of execution for each Defendant, attached as Exhibits to the present motion.

**WHEREFORE** Plaintiff very respectfully requests that this Honorable Court enter an Order to enforce the Judgment entered pursuant to Rules 69 and 70 of the Federal Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED.**

**IT IS HEREBY CERTIFIED** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

On this 19th day of July, 2013.

*Attorneys for Plaintiff*
CASILLAS | SANTIAGO| TORRES LLC
P.O. Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3437
Fax: (787) 523-3433
E-mail: ifernandez@cstlawpr.com


*S/ISRAEL FERNÁNDEZ RODRÍGUEZ*
**ISRAEL FERNÁNDEZ RODRÍGUEZ**
USDC-PR NO. 225004