**WRIT OF EXECUTION**

*United States District Court*

DISTRICT of Puerto Rico

TO THE MARSHAL OF: The District of Puerto Rico

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Ejercito de Liberacion Nacional, a/k/a ELN, a/k/a National Liberation Army

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $26,800,000.00 | and |

In the United States District Court for the _____ District of Puerto Rico _____, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Ejercito de Liberacion Nacional, a/k/a ELN, a/k/a National Liberation Army

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE Clemente Ruiz Nazario U.S. Courthouse | DISTRICT of Puerto Rico |
|---|---|
| CITY San Juan, Puerto Rico | DATE 07/17/2013 |

Witness the Honorable _____
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
|  |  |
|  | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U. S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|