IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOHN DOE,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>EJERCITO DE LIBERACION NACIONAL, a/k/a ELN, a/k/a National Liberation Army, and FUERZAS ARMADAS REVOLUCIONARIOS DE COLOMBIA, a/k/a FARC, a/k/a REVOLUTIONARY ARMED FORCES OF COLOMBIA,<br><br>　　Defendants.<br><br>　　　　v.<br><br>Bancolombia Puerto Rico Internacional, Inc.,<br><br>　　Garnishee. | MISC. NO. 13-258 (GAG/SCC) |

## WRIT OF GARNISHMENT

**To the U.S. Marshal's Service:**

　　**YOU ARE COMMANDED TO** summon garnishee, **Bancolombia Puerto Rico Internacional, Inc.,** by serving its duly appointed registered agent, Ernesto N. Mayoral, Bancolombia Puerto Rico Internacional, Ave. Muñoz Rivera 270, Hato Rey, San Juan, Puerto Rico 00909, to serve an answer to this writ on Plaintiff's attorney, Israel Fernandez, Esq., whose postal address is Casillas, Santiago & Torres, PO Box 195075, San Juan, PR 00919, within 21 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of the US District Court for the District of Puerto Rico, located at Federico Degetau Federal Bldg & Clemente Ruiz Nazario U.S. Courthouse, 150 Carlos Chardón Street, San Juan, Puerto Rico 00918-1767, either before

service on the attorney or immediately thereafter, stating whether the garnishee is indebted to: **Pedro Antonio Bermudez Suaza** at the same time of the answer or was indebted at the time of service of this writ, or at any time between such times, and in what sum and what tangible and intangible personal property of **Pedro Antonio Bermudez Suaza** the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times and whether the garnishee knows of any other person indebted to **Pedro Antonio Bermudez Suaza** or who may have any of her property or property interests in its possession or control.  Further, the garnishee, Bancolombia Puerto Rico Internacional, Inc., will be released from any liability and discharged upon compliance with Orders form this Court, including delivery to Plaintiff's counsel of the proceeds that are blocked by the Office of Foreign Asset Control pertaining to **Pedro Antonio Bermudez Suaza**.  The amount of Plaintiff's judgment that remains unsatisfied is Thirty Six Million, Four Hundred and Eighty Thousand, Seven Hundred and Ninety Four Dollars with Seven Cents ($36,480,794.07) plus interest.

**WITNESS FRANCES RIOS DE MORAN, as Clerk of the Court**, and the deal of said Court, at the U.S. District Courthouse at San Juan, Puerto Rico, this ___ day of _____, 2015.

                                                      **FRANCES RIOS DE MORAN**
                                                      Clerk of the Court


                                                      By: _____
                                                           As Deputy Clerk